IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JESSIE EVERETT, | : | |
| Petitioner | : | |
| VS. | : | NO. 7:07-CV-9 (HL) |
| UNKNOWN, | : | PROCEEDINGS UNDER 28 U.S.C. §2254<br>BEFORE THE U. S. MAGISTRATE JUDGE |
| Respondent | : | **O R D E R** |

Petitioner **JESSIE EVERETT**, an inmate confined at the Patten Probation Detention Center in Lakeland, Georgia, originally filed this *pro se* letter in the Northern District of Georgia. On January 17, 2007, the letter, which the Northern District construed as a habeas corpus petition under 28 U.S.C. § 2254, was transferred to the undersigned from District Judge Thomas W. Thrash, Jr., because venue in the Northern District was improper.

Without passing judgment on the ultimate determination of the merits of petitioner's claims, the Court observes that the petitioner has failed to present his claims on the standard 28 U.S.C. § 2254 forms required by this Court. Nor has the petitioner submitted the filing fee of $5.00 or a financial affidavit seeking leave to proceed *in forma pauperis*. Accordingly, if plaintiff wishes to pursue a challenge to the validity of his conviction or sentence, he is hereby **ORDERED** to complete and submit a 28 U.S.C. § 2254 form AND either submit the filing fee of $5.00, or execute and return a financial affidavit seeking leave to proceed *in forma pauperis* including a copy of her trust fund account balance. In addition, in a proper habeas corpus petition, the plaintiff must name as respondent the Warden where he is being confined, which plaintiff has failed to do.

Petitioner shall have twenty (20) days from the date of his receipt of this order to provide the aforementioned information. Petitioner is advised that failure to submit the form, pay the fee or submit the required affidavit may result in dismissal of this action. There shall be no service of process until further order of the Court.

The Clerk of Court is **DIRECTED** to forward the appropriate section 2254 forms and financial affidavit to the petitioner together with a copy of this order.

**SO ORDERED**, this 30th day of January, 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE