**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **JESSIE EVERETT,** : | |
| : | |
| Petitioner : | |
| : | |
| v. : | **CASE NO. 7:07-CV-9 (HL)** |
| : | |
| : | |
| **JAMES CAMON, Warden, et al,** : | |
| : | |
| Respondents : | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 8) filed February 23, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allotted.

**SO ORDERED,** this the 20th day of March, 2007.

                                                **s/ Hugh Lawson**
                                                **HUGH LAWSON, Judge**
                                                **United States District Court**